**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED KARL BLANKENHEIM,<br><br>                Plaintiff,<br><br>        v.<br><br>FCA US LLC,<br><br>                Defendant. | No.  2:20-CV-0358-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On May 13, 2020, the Chief District Judge issued General Order 618 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will continue to be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 618, the scheduling conference set for June 17, 2020, before the undersigned in Redding, California, is vacated and submitted on the joint scheduling conference statement filed on May 13, 2020.  The Court will set a schedule for this matter by separate order.

        IT IS SO ORDERED.

Dated:  May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE